IN THE

TWELFTH COURT OF APPEALS

OF TEXAS



FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 16 2015

TYLER TEXAS
PAM ESTES CLERK

| RONNY LEE WILLIAMS | § | |
|---|---|---|
| | § | APP. NOS. 12-15-00139-CR; 12-15-00140-CR |
| VS. | § | TRL. NOS. F1320424; F1521685 |
| | § | |
| STATE OF TEXAS | § | |

### Pro se Motion for Access to Appellate Record
Attachment CERTIFICATE OF SERVICE Pursuant TEX.R.APP.P. Rule 9.5

TO THE HONORABLE JUSTICES OF SAID COURT:

RONNY LEE WILLIAMS, Appellant, Pro se', moves the Honorable Court of Appeals to accept Appellant's "CERTIFICATE OF SERVICE", Purusant to the TEX.R.APP.P. Rule 9.5, and to incorporate said attachment to his previous filed "Pro se Motion for Access to Appellate Record", in the above styled and numbered cause'es, and the Appellant shows the following:

1.  Appellant is not an Attorney, nor has any training in law and/or legal procedures.

2.  Honorable Noel D. Cooper, Attorney at Law, drafted Appellant's previous Motion for Access to Appellate Record.

3.  This Honorable Court of Appeals received and filed said Motion for access to Appellate record on December 07, 2015.

4.  Appellant was NOT aware of any additional documents. But yet, is now filing requested "CERTIFICATE OF SERVICE", addressed to serve Respondent.

WHEREFORE, this Attachment "CERTIFICATE OF SERVICE" is served, that:

I hereby certify that on this the __11__ day of December 2015, that a true and correct copy of **"Pro se Motion for Access to Apellate Record"** was sent, First Class postage paid, to Nicole D. Lostracco, District Attorney, 101 W. Main St., Ste. 250, Nacogdoches, Texas 75961.

Respectfully Submitted,

*Ronny E Williams*

Ronny Williams  #2001514
TDCJ-CID Stiles Unit
3060 FM 3514
Beaumont, Texas  77705

RONNY LEE WILLIAMS
TDCJ-CID Stiles Unit #2001514
3060 FM 3514
Beaumont, Texas 77705

Friday, December 11, 2015

FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 16 2015

TYLER TEXAS
PAM ESTES, CLERK

Clerk of the Court
TWELFTH COURT of APPEALS'
       OF TEXAS
1517 West Front Street, Ste 354
Tyler, Texas 75702

RE: RONNY LEE WILLIAMS V. STATE OF TEXAS
    Appeal Numbers: 12-15-00139-CR & 12-15-00140-CR
    Trial Numbers: F1320424 & F1521685

Dear Sir or Madam:

Please find enclosed, the original: "CERTIFICATE OF SERVICE" to be submitted and filed with Appellant's previous filed, "Pro se Motion for Access to Appellate Record", submitted and filed on December 07, 2015.

Your assistance in the above matter is greatly appreciated!

Sincerely,

Ronny Williams

Ronny Williams #2001514

cc: Ms. Nicole D. Lostracco
    District Attorney
    Nacogdoches County Courthouse
    101 West Main St., Ste 250
    Nacogdoches, Texas 75961